PEET BROTHERS MANUFACTURING COMPANY v. THE KAN-
SAS CITY ICE AND COLD-STORAGE COMPANY.

No. 12,998. ( 72 Pac. 1100.)

Error from Wyandotte court of common pleas; WILLIAM
G. HOLT, judge. Opinion filed April 11, 1903. Affirmed.

*Hutchings & Keplinger,* for plaintiff in error.
*Alden & McFadden,* for defendant in error.

*Per Curiam:* This was an action of replevin for certain
portions of machinery connected with an ice plant. De-
fendant in error, as plaintiff below, had judgment for pos-
session and also damages occasioned by detention of the
same, the articles having a usable value. Several assign-
ments of error are made. The principal one is with refer-
ence to the amount allowed by the jury as damages for the
detention. Not being quite content with the verdict of
the jury in this regard as it seemed to us very large, we
have given the record unusual scrutiny to ascertain if the
plaintiff in error had been prejudiced by any of the rulings
of the court. No prejudicial error was found. There is a
great mass of evidence relative to damages, which was
submitted to the jury under unexceptionable instructions.
The amount awarded responded to the judgment of the
court. We may not interfere.

As to the other questions argued, very careful attention
has been given them. No new principles are involved in
any of them and no good will come from their discussion.

The judgment will be affirmed.